United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10945
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILIP MARK DECKER, also known as Phillip Mark Decker,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CR-41-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:*

Philip Mark Decker appeals his sentence following a guilty plea to uttering counterfeit obligations in violation of 18 U.S.C. § 472. Decker argues that the district court erred in denying a reduction in his offense level for acceptance of responsibility.

Because Decker did not admit all of the conduct relevant to his offense, the district court's determination that he did not accept responsibility is not without foundation. See United States v. Washington, 340 F.3d 222, 227 (5th Cir. 2003).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.